No. 510. KEACH ET AL. *v.* McDONALD ET AL. Appeal from the Supreme Court of Kansas. Decided November 8, 1937. *Per Curiam:* The motion of the appellees to dismiss the appeal is granted and the appeal is dismissed for the want of a properly presented substantial federal question. (1) *Citizens' Savings Bank* v. *Owensboro,* 173 U. S. 636, 643; *Cleveland & Pittsburgh R. Co.* v. *Cleveland,* 235 U. S. 50, 53; *White River Co.* v. *Arkansas,* 279 U. S. 692, 700; *Collins* v. *Streitz,* 298 U. S. 640; (2) *Iowa Central Ry. Co.* v. *Iowa,* 160 U. S. 389, 393; *French* v. *Taylor,* 199 U. S. 274, 277, 278; *Hebert* v. *Louisiana,* 272 U. S. 312, 316. *Messrs. C. L. Kagey, Hal M. Black,* and *L. M. Kagey* for appellants. *Mr. Charles G. Yankey* for appellees.

No. 22. MAYER *v.* COMMISSIONER OF INTERNAL REVENUE. Certiorari, 301 U. S. 676, to the Circuit Court of Appeals for the Seventh Circuit. Argued October 19, 1937. Decided November 8, 1937. *Per Curiam:* The judgment is reversed on the authority of *Palmer* v. *Helvering, ante,* p. 63. *Mr. Llewellyn A. Luce* for petitioner. *Assistant Attorney General Morris,* with whom *Solicitor General Reed* and *Messrs. Sewall Key* and *Ellis N. Slack* were on the brief, for respondent.